[No. 737.   October 2, 1897.]

## TERRITORY OF NEW MEXICO, Appellee, v. CHAVEZ Y. CHAVEZ, Appellant.

CRIMINAL LAW—PRACTICE, APPELLATE —ERRORS ASSIGNED, NOT APPAR-
ENT ON RECORD. —Where there is no motion for new trial in the bill
of exceptions, errors assigned, relating to things done on the trial,
are not reviewable on appeal.  Padilla v. Territory, 8 N. M. 562.

*Appeal*, from a judgment of the Fourth Judicial District
Court, San Miguel County, convicting defendant of mur-
der in the first degree.   Affirmed.

VEEDER & VEEDER for appellant.

ALBERT B. FALL, solicitor general, and W. H. POPE,
assistant, for the territory.

Errors complained of and not presented to the court be-
low, by motion for new trial, will not be considered by the ap-
pellate court.   Padilla v. Territory, 8 N. M. 562, and cases
cited.

BANTZ, J.—This cause was before this court on former
appeal at last term, and was then reversed and remanded.   45
Pac. 1107.   Upon a new trial the defendant was again con-
victed of murder in the first degree, and sentenced to death,
and the cause is again brought here on appeal.

Fifty-six errors are assigned by defendant relating to
things done during the progress of the trial.   We can not, how-
ever, pass upon these alleged errors, as there is no motion for a
new trial in the bill of exceptions.   It is a fundamental rule
that such errors must be brought to the attention of the court
below by a motion for a new trial, an exception must be saved
to the overruling of that motion, and the motion must be made

matter of record by a bill of exceptions. Padilla v. Territory, 45 Pac. (N. M.) 1120. There is no error in the record proper. For these reasons the judgment must be affirmed.

Collier, Hamilton and Laughlin, JJ., concur.